| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JOHN J. TUCHI<br>United States Attorney<br>District of Arizona<br>ANN L. DEMARAIS<br>Assistant United States Attorney<br>Evo A. Deconcini U.S. Courthouse<br>405 West Congress, Suite 4800<br>Tucson, Arizona 85701-5040<br>Telephone: (520) 620-7300<br>ann.demarais@usdoj.gov<br>Attorneys for Plaintiff |

```
___FILED___LODGED
___RECEIVED___COPY

2009 SEP -2  P 4: 26

CLERK US DISTRICT COURT
  DISTRICT OF ARIZONA
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>       v.<br><br>Jerry Dunson,<br><br>             Defendant. | CR 09-1933 TUC-CKJ/BPV<br><u>INDICTMENT</u><br><br>Violations: 21 USC §846<br>                 21 USC §841(a)(1)<br>                 21 USC §841(b)(1)(B)(vii)<br><br>(Conspiracy to Possess with Intent to Distribute Marijuana; Possession with Intent to Distribute Marijuana) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From a time unknown, to on or about August 5, 2009, at or near Arivaca, in the District of Arizona, JERRY DUNSON, named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury, to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 669 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 5, 2009, at or near Arivaca, in the District of Arizona, JERRY DUNSON, did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 669 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

A TRUE BILL



JOHN J. TUCHI
United States Attorney
District of Arizona

Assistant U.S. Attorney

SEP 0 2 2009

REDACTED FOR
PUBLIC DISCLOSURE

United States vs. Arvayo
Indictment Page 2